NORTHERN PAC. R. CO. v. BOYLE. (Circuit Court of Appeals, Seventh Circuit. January 12, 1897.) No. 322. In Error to the Circuit Court of the United States for the Western District of Wisconsin. Thomas H. Gill, for plaintiff in error. W. H. Stafford and T. F. Frawley, for defendant in error. Dismissed, per stipulation.

PEOPLE ex rel. DEIMEL v. ARNOLD, United States Marshal. (Circuit Court of Appeals, Seventh Circuit. April 7, 1896.) No. 222. Appeal from the Circuit Court of the United States for the Northern District of Illinois. H. T. Gilbert, for appellant. Moran, Kraus & Mayer, for appellee. Stipulation filed in this cause awaiting the determination of No. 221 (Deimel v. Arnold, 16 C. C. A. 575, 69 Fed. 987). Judgment entered in accordance with stipulation. See 73 Fed. 430; 23 C. C. A. 467, 77 Fed. 802.

THE PHILADELPHIA. (Circuit Court of Appeals, First Circuit. December 8, 1896.) No. 155. Appeal from the District Court of the United States for the District of Massachusetts. Eugene P. Carver and Edward E. Blodgett, for appellant The Philadelphia. Frederic Dodge and Edward S. Dodge, for appellee James Baker. No opinion. Affirmed, on agreement that the same decree be entered as in The Philadelphia, 21 C. C. A. 501, 75 Fed. 684.

PITTSBURGH PLATE-GLASS CO. v. KIDD. (Circuit Court of Appeals, Eighth Circuit. December 13, 1897.) No. 901. In Error to the Circuit Court of the United States for the Eastern District of Missouri. John F. Shepley, for plaintiff in error. F. R. Dearing, for defendant in error. Dismissed, with costs, on motion of the plaintiff in error.

RICE et al. v. INGALLS. (Circuit Court of Appeals, Seventh Circuit. October 5, 1896.) No. 343. Appeal from the Circuit Court of the United States for the Northern District of Illinois. George H. Wilbur, for appellant. Robert A. Childs, for appellee. Dismissed, for failure to file record.

THE SATURNINA. THOMAS v. LARRINAGA et al. (Circuit Court of Appeals, Fifth Circuit. January 17, 1898.) No. 651. Appeal from the District Court of the United States for the Eastern District of Louisiana. John D. Grace, for appellant. E. B. Kruttschnitt, for appellee. Dismissed, per stipulation of counsel.

SHAPLEIGH v. CITY OF SAN ANGELO. (Circuit Court of Appeals, Fifth Circuit. January 3, 1898.) No. 392. In Error to the Circuit Court of the United States for the Western District of Texas. T. K. Skinker, for plaintiff in error. W. M. Stanton, for defendant in error. Dismissed, on motion of plaintiff in error.

SHAW v. KELLOGG. (Circuit Court of Appeals, Eighth Circuit. December 30, 1897.) No. 664. In Error to the Circuit Court of the United States for the District of Colorado. Removed to supreme court on writ of certiorari.